IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUI MEMORIAL ASSOCIATES, LLC, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MARJERY S. BRONSTER, ET AL., <br><br> Defendants. | Civ. No. 12-00045 ACK-BMK <br><br> FINDINGS AND RECOMMENDATION THAT PLAINTIFFS' MOTION FOR REMAND BE GRANTED |

FINDINGS AND RECOMMENDATION THAT
PLAINTIFFS' MOTION FOR REMAND BE GRANTED

Before the Court is Plaintiffs' Motion for Remand (Doc. 7). Defendants responded by filing a Position Statement Regarding Plaintiffs' Motion for Remand. In that Position Statement, Defendants state that they "do not oppose remand of this lawsuit" but they "oppose Plaintiffs' request for fees and costs." Plaintiffs' counsel, James J. Bickerton, indicated to this Court that he withdraws his request for fees and costs in light of Defendants' non-opposition to the request for remand. Accordingly, the Court finds and recommends that the Motion for Remand be GRANTED without an award of fees and costs.

DATED: Honolulu, Hawaii, February 8, 2012.

IT IS SO FOUND AND RECOMMENDED.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Maui Memorial Associates, LLC, et al. v. Bronster, et al., Civ. No. 12-00045 ACK-BMK; FINDINGS AND RECOMMENDATION THAT PLAINTIFFS' MOTION FOR REMAND BE GRANTED.