IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUI MEMORIAL ASSOCIATES, LLC, *formerly known as* OLAKINO ELUA, LLC, A Washington Limited Liability Company; and BRUCE BEARD,<br>    Plaintiffs,<br><br>vs.<br><br>MARJERY S. BRONSTER, BRONSTER HOSHIBATA, a Law Corporation, DOE DEFENDANTS 1-10,<br>    Defendants. | CIV NO. 12-00045 JMS/BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 8, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Plaintiffs' Motion For Remand Be Granted" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 1, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge